UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEANNE BALY,<br><br>                 Plaintiff,<br>v.<br>FASHION SHOW MALL, LLC, et al.,<br><br>                 Defendants. | Case No. 2:18-cv-01387-KJD-BNW<br><br>ORDER<br><br>(Mot WD – ECF No. 23) |

This matter is before the court on attorney Ryan Kerbow's Motion to Withdraw as Counsel of Record for plaintiff Jeanne Baly (ECF No. 23). The motion represents that counsel has irreconcilable differences with plaintiff regarding the pursuit of her claims in this action. No prejudice will result to plaintiff as the parties have stipulated to a 60-day extension of discovery and pending deadlines should the court be inclined to grant that stipulation. Mr. Kerbow therefore seeks leave to withdraw as counsel of record.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. Mr. Kerbow's Motion to Withdraw (ECF No. 23) is **GRANTED**.
2. The plaintiff shall have until **June 14, 2019** in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice, or shall file a notice with the court that she will be appearing in this matter *pro se*.
3. Plaintiff's failure to timely comply with this order by either obtaining substitute counsel, or filing a notice that she will be appearing in this matter *pro se*, may result in the imposition of sanctions, which may include a recommendation to the District

Judge that plaintiff's complaint be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

4. The Clerk of the Court shall serve the plaintiff with a copy of this order at her last known address:

Jeanne Baly
10628 Austin Bluffs Way
Las Vegas, NV 89144
(702) 748-6317

DATED this 16th day of May, 2019.

                                                                            
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE