1  **JORGE A. RAMIREZ**
   Nevada Bar No. 6787
2  **ELLEN S. BOWMAN**
   Nevada Bar No. 12118
3  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
   300 South Fourth Street, 11th Floor
4  Las Vegas, NV 89101
   (702) 727-1400; FAX (702) 727-1401
5  jorge.ramirez@wilsonelser.com
   ellen.bowman@wilsonelser.com
6  *Attorneys for Defendants*
7  *FASHION SHOW MALL, LLC, MILLARD MALL SERVICES, INC.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEANNE BALY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FASHION SHOW MALL, LLC, MILLARD MALL SERVICES, INC. and DOES 1 through 10 and ROE CORPORATIONS 1 through 10 inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-01387-KJD-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

Plaintiff Jeanne Baly, and Defendants Fashion Show Mall, LLC and Millard Mall Services, Inc., by and through their counsel of record, Jorge A. Ramirez, Esq. and Ellen S. Bowman, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP,

. . .

. . .

. . .

1349121v.1

hereby stipulate and agree to the dismissal of the above-captioned action, with prejudice, with each party to bear their own fees and costs.

DATED this __ day of _____, 2019.   DATED this 27th day of September, 2019.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY: _____  BY: _____
Jorge A. Ramirez                Jeanne Baly
Nevada Bar No. 6747             10628 Austin Bluffs Way
Ellen S. Bowman                 Las Vegas, NV 89144
Nevada Bar No. 12118            (702) 748-6317
300 South Fourth Street, 11th Floor   Plaintiff in Proper Person
Las Vegas, Nevada 89101
*Attorneys for defendants GGP Meadows Mall, LLC and Millard Mall Services, Inc.*

## ORDER

IT IS SO ORDERED.

Dated this __7th__ day of __October__, 2019

_____
**UNITED STATES DISTRICT COURT JUDGE**

Prepared and Respectfully Submitted by:

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY: _____
JORGE A. RAMIREZ
Nevada Bar No. 6787
ELLEN S. BOWMAN
Nevada Bar No. 12118
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
*Attorneys for Defendants*
*FASHION SHOW MALL, LLC, MILLARD MALL SERVICES, INC*

1349121v.1